NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CUSTOMEDIA TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**DISH NETWORK CORPORATION, DISH NETWORK LLC,**
*Cross-Appellants*

---

2019-1002, 2019-1003, 2019-1027, 2019-1029

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00717, IPR2017-00724.

---

**ORDER**

---

Before PROST, *Chief Judge,* DYK and MOORE, *Circuit Judges.*

PER CURIAM.

In light of our disposition in *Customedia Techs., LLC v. Dish Network Corp.*, Nos. 18-2239, 19-1000, we dismiss this case as moot.

2                CUSTOMEDIA TECHNOLOGIES, LLC v. DISH NETWORK
                                                      CORPORATION

FOR THE COURT

March 6, 2020                    /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                 Clerk of Court